GUAM LEGAL SERVICES CORPORATION
DISABILITY LAW CENTER
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811
Facsimile No.: (671) 477-1320

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| **J.C.**, a person with a disability,<br>**A.B.**, a person with a disability,<br>**M.B.**, a person with a disability<br>**J.B.**, a person with a disability, and<br>**E.Q.**, a person with a disability<br><br>                        Plaintiffs,<br>vs.<br><br>**JON FERNANDEZ**, in his official capacity as Superintendent, Guam Department of Education<br><br>                        Defendant. | Civil Case No.: 20-00024<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      Pursuant to FRCP Rule 41 (a)(1)(A)(ii) and upon the request of the Plaintiffs, J.C., A.B., M.B., J.B. and E.Q., through their parents and through their counsel, DANIEL S. SOMERFLECK of Guam Legal Services Corporation – Disability Law Center ("GLSC-DLC"), it is stipulated and agreed by Plaintiffs and Defendant JON FERNANDEZ that the action is hereby dismissed with prejudice.

SO STIPULATED:

GUAM DEPARTMENT OF EDUCATION

Dated: 8/6/2020    By: _____
JON FERNANDEZ
Superintendent for Guam Department of Education

Dated: 8/6/2020    By: _____
JESSE N. NASIS
Attorney for Guam Department of Education

PLAINTIFFS

Date: 8/7/2020    By: _____
JOHN PEREDA CEPEDA
Parent for Plaintiff J.C.

Date: 8/7/2020    By: _____
ANNA BERMUDES
Parent for Plaintiffs A.B. and M.B.

Date: 8/7/2020    By: _____
ROSETTA SAN NICOLAS
Parent for Plaintiff J.B.

Date: 8/7/20    By: _____
WELMA QUINATA
Parent for Plaintiff E.Q.

STIPULATION FOR DISMISSAL WITH PREJUDICE
J.C., A.B., M.B., J.B. and E.Q. vs. Jon Fernandez
Page 2 of 3

Case 1:20-cv-00024   Document 15   Filed 08/07/20   Page 2 of 3

GUAM LEGAL SERVICES CORPORATION
DISABILITY LAW CENTER
*Counsel for Plaintiffs*

Dated: 08/07/2020          By: /s/
                               DANIEL S. SOMERFLECK
                               Executive Director

**APPROVED AND SO ORDERED:**

Dated: _____       By: _____
                               FRANCES M. TYDINGCO-GATEWOOD
                               Chief Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE
*J.C., A.B., M.B., J.B. and E.Q. vs. Jon Fernandez*
Page **3** of **3**